William BROADDUS, Jr., Appellant,

v.

Belle BROADDUS et al., Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1957.

Rehearing Denied June 7, 1957.

John W. Walker, Irvine, for appellant.

Shumate & Shumate, Irvine, for appellees.

**PER CURIAM.**

Motion by William Broaddus, Jr., for an appeal from a judgment of the Estill Circuit Court, which adjudged that he had no interest in a small tract of land valued at $400.

We think the court was warranted in finding that the appellees had acquired title by adverse possession, by virtue of fencing and occupancy. We also think that the findings of fact were sufficient.

The motion for an appeal is overruled and the judgment is affirmed.